## Commonwealth *v.* Loftus, Appellant.

Before SMITH, JR., J.

Submitted March 28, 1974. *Anthony D. Pirillo, Jr.,* for appellant; *David Richman, Maxine J. Stotland, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First

Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.